**Fill in this information to identify the case:**

Debtor name   ***Telescope Management Group, LLC***

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   ***18-04012-5***

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   ***August 23, 2018***          X ***/s/ Chan Namgong***
                                          Signature of individual signing on behalf of debtor

                                          ***Chan Namgong***
                                          Printed name

                                          ***CEO***
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   *Telescope Management Group, LLC*

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   *18-04012-5*

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................  $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................  $ **2,008,164.12**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................  $ **2,008,164.12**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $ **3,294,582.35**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $ **510,788.68**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$ **3,498,185.51**

4. **Total liabilities** ..........................................................................................
    Lines 2 + 3a + 3b                                                                   $ **7,303,556.54**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    *Telescope Management Group, LLC*

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    *18-04012-5*

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | *$5,100.00* |

3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | *BBVA Compass* | *Checking* | *3454* | *$2,717.32* |
| 3.2. | *PNC* | | *2389* | *$26,802.57* |
| 3.3. | *Wells Fargo* | | *8241* | *$510.17* |
| 3.4. | *BB&T - VA & TX* | | *5729* | *$22.39* |

4. | **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | *Paypal account* | | *$3,239.90* |

| 5. | **Total of Part 1.** | | *$38,392.35* |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | *Telescope Management Group, LLC* | | Case number *(If known)*  **18-04012-5** |
|---|---|---|---|
| | Name | | |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.        **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

| 7.1. | *Blakeney* | *$5,297.50* |
|---|---|---|
| 7.2. | *Birkdale Village* | *$6,149.34* |
| 7.3. | *Deer Park* | *$9,207.00* |
| 7.4. | *King Street* | *$16,160.00* |
| 7.5. | *Naperville* | *$7,244.78* |
| 7.6. | *Short Pump* | *$8,000.00* |
| 7.7. | *Thruway* | *$12,500.00* |
| 7.8. | *Warehouse* | *$14,335.00* |
| 7.9. | *Stores/Locations* | *$97,862.40* |
| 7.10. | *Utilities & Other* | *$4,746.78* |

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

| 8.1. | *Prepaid Expenses* | *$182,278.89* |
|---|---|---|

| Debtor | *Telescope Management Group, LLC* | Case number *(If known)* | *18-04012-5* |
|--------|-----------------------------------|--------------------------|--------------|
|        | Name |  |  |

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$363,781.69

---

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| **19.** **Raw materials** |  |  |  |  |
| **20.** **Work in progress** |  |  |  |  |
| **21.** **Finished goods, including goods held for resale** |  |  |  |  |
| **22.** **Other inventory or supplies** *Iventory - Other* |  | *$0.00* |  | *$1,112,357.44* |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$1,112,357.44

**24.** **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
■ Yes. Book value _____*0*_____ Valuation method _____*Unknown*_____ Current Value _____*0*_____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Debtor | **_Telescope Management Group, LLC_** | Case number *(If known)*  **_18-04012-5_** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** _Furniture & Fixtures_ | _$0.00_ | | _$235,903.36_ |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
|---|---|

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $235,903.36 |
|---|---|---|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | _2014 Chrysler Town & Country_ | _$0.00_ | | _$15,000.00_ |
| 47.2. | _2013 Lexus ES350_ | _$0.00_ | | _$20,000.00_ |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** _Machinery & Equipment_ | _$0.00_ | | _$222,729.28_ |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Telescope Management Group, LLC**                    Case number *(If known)*   **18-04012-5**
            Name

---

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                    **$257,729.28**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 9:   Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   *See Schedule G for all Leases* | | *$0.00* | | *$0.00* |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.      **$0.00**
Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** *Bevello.com* | *$0.00* | | *Unknown* |

---

| Debtor | *Telescope Management Group, LLC* | Case number *(If known)* | *18-04012-5* |
|---|---|---|---|
| | Name | | |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    | $0.00 |
    |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    *Telescope Management Group, LLC*
Name

Case number *(if known)*  *18-04012-5*

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | *$38,392.35* | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | *$363,781.69* | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | *$0.00* | |
| 83. **Investments.** *Copy line 17, Part 4.* | *$0.00* | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | *$1,112,357.44* | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | *$0.00* | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | *$235,903.36* | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | *$257,729.28* | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | *$0.00* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | *$0.00* | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + *$0.00* | |
| 91. **Total.** Add lines 80 through 90 for each column | *$2,008,164.12* | + 91b. *$0.00* |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | *$2,008,164.12* |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  *Telescope Management Group, LLC*

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  *18-04012-5*

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | *American Express Bank, FSB*<br>Creditor's Name<br><br>*Attn: Managing Agent*<br>*4315 South 2700 West*<br>*Salt Lake City, UT 84184*<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>*03/30/2018*<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>*All assets of the Debtor*<br><br><br>**Describe the lien**<br>*UCC*<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$290,707.46** | **$0.00** |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | *CBL-Shops at Friendly, LLC*<br>Creditor's Name<br><br>*Attn: Managing Agent*<br>*2030 Hamilton Place Blvd,*<br>*CBL #500*<br>*Chattanooga, TN 37421*<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>*furnishings, equipment, fixtures, inventory, AR*<br><br><br>**Describe the lien**<br>*UCC*<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$37,032.10** | **$0.00** |

Debtor   *Telescope Management Group, LLC*                          Case number (if know)   **18-04012-5**
     Name

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Compass Bank** | **Describe debtor's property that is subject to a lien** | $2,490,000.00 | Unknown |

Creditor's Name

**Attn: Managing Agent**
**132 Austin Ave**
**Weatherford, TX 76086**
Creditor's mailing address

*inventory, accounts, equipment*

**Describe the lien**
*UCC*

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Corporation Service Company, as rep** | **Describe debtor's property that is subject to a lien** | Unknown | $0.00 |

Creditor's Name

**Attn: Managing Agent**
**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

*inventory, accounts, AR, equipment, furniture, furnishings*

**Describe the lien**
*UCC*

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Fayette Mall SPE, LLC** | **Describe debtor's property that is subject to a lien** | $25,654.64 | $0.00 |

Creditor's Name

**Attn: Managing Agent**
**2030 Hamilton Place Blvd.,**
**Ste 500**
**Chattanooga, TN 37421**
Creditor's mailing address

*furnishings, equipment, fixtures, inventory, AR*

**Describe the lien**

---

Debtor   *Telescope Management Group, LLC*
_____
Name

Case number *(if know)*   **18-04012-5**

---

*UCC*

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | *Mayfaire Town Center, LP* | Describe debtor's property that is subject to a lien | $23,008.47 | $0.00 |
|---|---|---|---|---|

Creditors Name

*Attn: Managing Agent*
*6835 Conservation Way*
*Wilmington, NC 28405*
Creditor's mailing address

Describe debtor's property that is subject to a lien
*furnishings, equipment, fixtures, inventory, AR*

**Describe the lien**
*UCC*

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | *Rapid Advance* | Describe debtor's property that is subject to a lien | $414,893.96 | $0.00 |
|---|---|---|---|---|

Creditor's Name

*Attn: Managing Agent*
*4500 East West Hwy, 6th Fl*
*Bethesda, MD 20814*
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 4

| Debtor | *Telescope Management Group, LLC* | | Case number (if know) | *18-04012-5* |
|---|---|---|---|---|
| | Name | | | |

| 2.8 | *Subaru Motors Finance/Chase* | | | |
|---|---|---|---|---|

| 2.8 | *Subaru Motors Finance/Chase* | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | *Attn: Managing Agent* *PO Box 182055* *Columbus, OH 43218-2055* | Describe debtor's property that is subject to a lien *2014 Chrysler Town & Country* | $13,285.72 | $15,000.00 |
| | Creditor's mailing address | | | |
| | | Describe the lien *Auto Loan* | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No  ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** *0703* | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No  ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent  ☐ Unliquidated  ☐ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,294,582.35 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| *American Express Bank, FSB* *c/o Datamark Inc,Attn: Merch Financ* *43 Butterfield Circle* *El Paso, TX 79906* | Line *2.1* | |
| *BBVA Compass* *Attn: Officer/Managing Agent* *15 20th Street South* *Birmingham, AL 35233* | Line *2.3* | |
| *CBL & Associates Managemet, Inc.* *Attn: Managing Agent* *2030 Hamilton Place Blvd., Ste 500* *Chattanooga, TN 37421* | Line *2.5* | |
| *Compass Bank* *Attn: Managing Agent* *701 South 32nd Street* *Birmingham, AL 35233* | Line *2.3* | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  *Telescope Management Group, LLC*

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  *18-04012-5*

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,416.30** | **$3,416.30** |
|---|---|---|---|---|
| | *Alabama Dept. of Revenue*<br>*Attn: Managing Agent*<br>*50 North Ripley Street*<br>*Montgomery, AL 36104* | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>*Sales Tax Owed* | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.04** | **$120.04** |
|---|---|---|---|---|
| | *Forsyth County Tax Collector*<br>*Attn: Managing Agent*<br>*PO Box 82*<br>*Winston Salem, NC 27102* | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | *Telescope Management Group, LLC* | Case number (if known) | *18-04012-5* |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address
*Georgia Department of Revenue*
*Attn: Compliance Division*
*1800 Century Blvd NE,Ste 9100*
*Atlanta, GA 30345-3202*

As of the petition filing date, the claim is: | *$5,314.26* | *$5,314.26*
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*Sales Tax Owed*

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
*Guilford County Tax Department*
*Attn: Managing Agent*
*PO Box 71072*
*Charlotte, NC 28272-1072*

As of the petition filing date, the claim is: | *$314.28* | *$0.00*
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
*Illinois Dept of Revenue*
*Attn:BankruptcyUnit/ManagingAge*
*nt*
*PO BOX 19035*
*Springfield, IL 62794-9035*

As of the petition filing date, the claim is: | *$57,678.56* | *$57,678.56*
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*Sales Tax Owed*

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
*Internal Revenue Service*
*Attn:  Managing Agent*
*PO Box 7346*
*Philadelphia, PA 19101-7346*

As of the petition filing date, the claim is: | *$0.00* | *$0.00*
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | *Telescope Management Group, LLC* | Case number *(if known)* | *18-04012-5* |
| | Name | | |

**2.7** | Priority creditor's name and mailing address

*Kentucky Department of Revenue*
*Attn: Managing Agent*
*501 High Street*
*Frankfort, KY 40601*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,741.84    $3,741.84

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address

*Mecklenburg County Tax Collector*
*Attn: Managing Agent*
*PO Box 71063*
*Charlotte, NC 28272-1063*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$406.64    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address

*NC Dept. of Revenue*
*Attn: Bankruptcy Unit*
*PO Box 1168*
*Raleigh, NC 27602-1168*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$304,907.50    $0.00

Date or dates debt was incurred

Basis for the claim:
*Sales Tax Owed*

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address

*Orange County Tax Collector*
*Attn: Managing Agent*
*PO Box 580235*
*Charlotte, NC 28258*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$280.38    $280.38

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | *Telescope Management Group, LLC* | Case number (if known) | *18-04012-5* |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *Unknown* | *$0.00* |
|---|---|---|---|---|

**Pitt County Tax Collector**
**Attn: Managing Agent**
**PO Box 875**
**Greenville, NC 27835-0875**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$68,211.37* | *$68,211.37* |
|---|---|---|---|---|

**SC Department of Revenue**
**Attn: Managing Agent**
**300A Outlet Pointe Blvd**
**Columbia, SC 29210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$9,647.44* | *$9,647.44* |
|---|---|---|---|---|

**Tennessee Department of Revenue**
**Attn: Managing Agent**
**500 Deaderick St**
**Nashville, TN 37242**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$33,468.36* | *$33,468.36* |
|---|---|---|---|---|

**Texas Comptroller**
**Attn: Managing Agent**
**PO Box 13528, Capitol Station**
**Austin, TX 78711-3528**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | *Telescope Management Group, LLC* | Case number *(if known)* | *18-04012-5* |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | *$22,956.86* | *$22,956.86* |
|---|---|---|---|---|

**2.15** Priority creditor's name and mailing address

*Virginia Department of Taxation*
*Attn: Managing Agent*
*P.O. Box 1115*
*Richmond, VA 23218-1115*

As of the petition filing date, the claim is: *$22,956.86* *$22,956.86*
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
*Sales Tax Owed*

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address

*Wake County Revenue Department*
*Attn: Managing Agent*
*P.O. Box 2331*
*Raleigh, NC 27602*

As of the petition filing date, the claim is: *$324.85* *$0.00*
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

*123 North Main Group, LLC*
*Attn: Managing Agent*
*505 Pettigru St*
*Greenville, SC 29601*

As of the petition filing date, the claim is: *Check all that apply.* **$11,834.36**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

*23rd Group Facility Services*
*Attn: Managing Agent*
*4944 Parkway Plaza, Suite 400*
*Charlotte, NC 28217*

As of the petition filing date, the claim is: *Check all that apply.* **$7,654.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  *3770*

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

*284 Meeting Street Associates*
*Attn: Managing Agent*
*284 Meeting Street*
*Charleston, SC 29401*

As of the petition filing date, the claim is: *Check all that apply.* **$350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | *Telescope Management Group, LLC* | Case number *(if known)* | *18-04012-5* |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,711.87 |
|---|---|---|---|
| | *285 King Street Company LLC*<br>*Attn: Managing Agent*<br>*PO Box 310*<br>*Charleston, SC 29402* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __*Lease*_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,430.00 |
|---|---|---|---|
| | *8 Oak Lane LLC (Rosenthal)*<br>*Attn: Managing Agent*<br>*PO Box 88926*<br>*Chicago, IL 60695-1926* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.00 |
|---|---|---|---|
| | *89 Paint*<br>*Attn: Managing Agent*<br>*13509 E Boundary, Suite F*<br>*Midlothian, VA 23112* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,643.04 |
|---|---|---|---|
| | *Acadia Chicago LLC*<br>*c/o Acadia Realty Trust/Legal Dept.*<br>*1311 Mamaroneck Ave, Ste 260*<br>*White Plains, NY 10605* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.39 |
|---|---|---|---|
| | *ADT Security Services, Inc.*<br>*Attn: Managing Agent*<br>*PO Box 371878*<br>*Pittsburgh, PA 15250-7878* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,161.80 |
|---|---|---|---|
| | *Affiinity Bag*<br>*Attn: Managing Agent*<br>*5507-10 Nesconset Hwy. #247*<br>*Mount Sinai, NY 11766* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,123.43 |
|---|---|---|---|
| | *American Express*<br>*Attn: Managing Agent*<br>*PO Box 981535*<br>*El Paso, TX 79998-1535* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __*Plum Credit Card*_ | |
| | Last 4 digits of account number _*1007*_ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | *Telescope Management Group, LLC* | Case number *(if known)* | *18-04012-5* |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,440.76** |
|---|---|---|---|

*American Express*
*Attn: Managing Agent*
*PO Box 981535*
*El Paso, TX 79998-1535*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Business Credit Card*

Last 4 digits of account number _*2002*_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,631.64** |
|---|---|---|---|

*Astr (Hilldun)*
*Attn: Managing Agent*
*225 West 35th Street*
*New York, NY 10001*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,796.80** |
|---|---|---|---|

*Baublebar*
*Attn: Managing Agent*
*1115 Broadway, 5th Floor*
*New York, NY 10010*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _*3bIN*_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

*Bayer Retail Company IV, L.L.C.*
*Attn: Managing Agent/Gen. Counsel*
*2222 Arlington Avenue*
*Birmingham, AL 35205*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** *Summit - Birmingham, AL lease*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,801.68** |
|---|---|---|---|

*BB Dakota (House)*
*Attn: Managing Agent*
*275-B McCormick Ave*
*Costa Mesa, CA 92626*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,210.00** |
|---|---|---|---|

*BB Dakota (WF Denver)*
*Attn: Managing Agent*
*PO Box 912150*
*Denver, CO 80291-2150*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _*1502*_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,723.72** |
|---|---|---|---|

*Bestseller Wholesale US*
*Attn: Managing Agent*
*225-A Rue De Liege, QuestMontreal*
*QCH2P1H4, Canada*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _*9355*_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Telescope Management Group, LLC* | Case number (*if known*) | *18-04012-5* |
|---|---|---|---|
| | Name | | |

---

**3.18** Nonpriority creditor's name and mailing address

*Bishop + Young*
*Attn: Managing Agent*
*1214 W. Jon St.*
*Torrance, CA 90502*

Date(s) debt was incurred _

Last 4 digits of account number  _5597_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,104.00**

---

**3.19** Nonpriority creditor's name and mailing address

*Blakeney Retail LLC*
*Attn: Managing Agent*
*201 South College St, Ste 1300*
*Charlotte, NC 28244*

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$23,176.38**

---

**3.20** Nonpriority creditor's name and mailing address

*Bristols Six*
*Attn: Managing Agent*
*2320 Abbot Kinney Blvd, Ste B*
*Venice, CA 90291*

Date(s) debt was incurred _

Last 4 digits of account number  _4465_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,715.05**

---

**3.21** Nonpriority creditor's name and mailing address

*Brunette the Label*
*Attn: Managing Agent*
*270-1355 Parker St*
*Vancouver BC V5L2J9*

Date(s) debt was incurred _

Last 4 digits of account number  _3709_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,179.20**

---

**3.22** Nonpriority creditor's name and mailing address

*Caleres, Inc*
*Attn: Managing Agent*
*8300 Maryland Ave*
*Saint Louis, MO 63105*

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Settlement Payment_

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

**3.23** Nonpriority creditor's name and mailing address

*Cameron Village*
*Attn: Managing Agent*
*One Independent Dr, Ste 114*
*Jacksonville, FL 32202-5019*

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$48,179.76**

---

**3.24** Nonpriority creditor's name and mailing address

*Capital One*
*Attn: Managing Agent*
*PO Box 30285*
*Salt Lake City, UT 84130-0285*

Date(s) debt was incurred _

Last 4 digits of account number  _9663_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Credit Card_

Is the claim subject to offset? ■ No ☐ Yes

**$99,990.69**

---

| Debtor | **_Telescope Management Group, LLC_** | Case number (if known) | **_18-04012-5_** |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,779.00**

*Chan Namgong*
*5113 Bella Ridge Drive*
*Raleigh, NC 27615*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,087.28**

*Chaser*
*Attn: Managing Agent*
*217 East 157th Street*
*Gardena, CA 90248*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _6724_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$385.87**

*Cintas Fire 636525*
*Attn: Managing Agent*
*P.O. Box 636525*
*Cincinnati, OH 45263-6525*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.14**

*City of Charlottesville*
*Attn: Managing Agent*
*PO Box 591*
*Charlottesville, VA 22902-0591*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.61**

*City of Charlottesville,   Treasurer*
*Attn: Managing Agent*
*PO Box 2854*
*Charlottesville, VA 22902-2854*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.16**

*City of Chattanooga - Waste*
*Attn: Managing Agent*
*PO Box 59*
*Chattanooga, TN 37401-0591*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.11**

*City of Raleigh*
*Attn: Managing Agent*
*PO Box 71081*
*Charlotte, NC 28272*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Telescope Management Group, LLC* | Case number *(if known)* | *18-04012-5* |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95.34** |
|---|---|---|---|

*City of University Park*
*Attn: Managing Agent*
*PO Box 650823*
*Dallas, TX 75265-0823*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.26** |
|---|---|---|---|

*City of Virginia Beach*
*Attn: Managing Agent*
*2401 Courthouse Dr, City Hall Bldg1*
*Virginia Beach, VA 23456*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,593.58** |
|---|---|---|---|

*CLS Facility Services*
*Attn: Managing Agent*
*8061 Tyler Blvd.*
*Mentor, OH 44060*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

*Collective Concepts*
*Attn: Managing Agent*
*1200 S. San Pedro St. S.109*
*Los Angeles, CA 90015*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

*Columbus Tower, L.L.C.*
*Attn: Managing Agent*
*222 Central Park Avenue*
*Virginia Beach, VA 23462*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  *Virginia Beach lease*

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$286,420.17** |
|---|---|---|---|

*Compass Bank MasterCard*
*Attn: Officer/Managing Agent*
*PO Box 830139*
*Birmingham, AL 35283*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  *Credit Card*

Last 4 digits of account number  *2537*

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,705.50** |
|---|---|---|---|

*Countwise, LLC*
*Attn: Managing Agent*
*1149 Sawgrass Corporate Parkway*
*Sunrise, FL 33323*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **_Telescope Management Group, LLC_** | Case number (if known) | **_18-04012-5_** |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$272.92**

_County of Fairfax_
_Attn: Managing Agent_
_PO Box 10203_
_Fairfax, VA 22035-0203_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.44**

_County of Henrico, Virginia_
_Attn: Managing Agent_
_PO Box 3369_
_Henrico, VA 23228_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,411.81**

_CPT Peachtree Forum I, LLC_
_c/o Core Property Capital, LLC_
_5185 Peachtree Parkway, Ste 340_
_Norcross, GA 30092_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Forum - Norcross, GA lease_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,515.66**

_Criteo Corp_
_Attn: Managing Agent_
_PO Box 392422_
_Pittsburgh, PA 15251-9422_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **_Unknown_**

_Cross Creek Mall SPE, LP_
_Attn: Managing Agent/ CBL Center_
_2030 Hamilton Place Blvd., Ste 500_
_Chattanooga, TN 37421_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Cross Creek - Fayetteville, NC lease_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,273.60**

_Cupcakes and Cashmere(WF)_
_Attn: Managing Agent_
_PO Box 912150_
_Denver, CO 80291-2150_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,438.07**

_CVM Holdings, LLC_
_Attn: Managing Agent_
_PO Box 63340_
_Charlotte, NC 28263-3340_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    *Telescope Management Group, LLC*                    Case number *(if known)*    *18-04012-5*

Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,108.18 |
|---|---|---|---|

*DDR Deer Park Town Center LLC*
*Attn: Managing Agent*
*PO Box 92361*
*Cleveland, OH 44193*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,030.78 |
|---|---|---|---|

*DDRTC Birkdale Village LLC*
*Attn: Managing Agent*
*PO Box 932738*
*Cleveland, OH 44193*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _Rent_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,739.17 |
|---|---|---|---|

*DesirePath Missippi, LLC*
*Attn: Managing Agent*
*P.O. Box 6445*
*Carol Stream, IL 60197-6445*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,265.66 |
|---|---|---|---|

*Divaris PropertyMgmt -Columbus Tower*
*Attn: Managing Agent*
*4525 Main Street, Suite 900*
*Virigina Beach, VA 23462*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,280.50 |
|---|---|---|---|

*DL & COMPANY*
*Attn: Managing Agent*
*P.O. Box 51228*
*Los Angeles, CA 90051-5528*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,669.75 |
|---|---|---|---|

*DL1961 Premium Denim Inc (CIT)*
*Attn: Managing Agent*
*PO Box 1036*
*Charlotte, NC 28201*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,155.53 |
|---|---|---|---|

*DO+BE COLLECTION*
*Attn: Managing Agent*
*1016 S. Towne Ave, #101*
*Los Angeles, CA 90021*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Telescope Management Group, LLC** | Case number (if known) | **18-04012-5** |
|---|---|---|---|
| | Name | | |

---

**3.53**

**Nonpriority creditor's name and mailing address**

**East Richland County PSD**
**Attn: Managing Agent**
**PO BOX 63051**
**Charlotte, NC 28263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27.00**

---

**3.54**

**Nonpriority creditor's name and mailing address**

**Eskridge (E&A), LLC**
**Attn: Legal Dept./Edens LP**
**1221 Main Street, Ste 1000**
**Columbia, SC 29201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note, Lease Termination Mosaic - Fairfax, VA lease**

Is the claim subject to offset? ■ No ☐ Yes

**$80,497.53**

---

**3.55**

**Nonpriority creditor's name and mailing address**

**Ever Ellis**
**Attn: Managing Agent**
**1050 Aviator Drive**
**Vacaville, CA 95688**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,716.28**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**Everly**
**Attn: Managing Agent**
**1100 S San Pedro Street #0-14**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,206.84**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Fayette Mall SPE, LLC**
**Attn: Managing Agent/CBL Center**
**2030 Hamilton Place Blvd., Ste 500**
**Chattanooga, TN 37421**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lexington, KY lease**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Federal Realty Investment Trust**
**Attn: Managing Agent/Legal Dept.**
**1626 East Jefferson St**
**Rockville, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Charlottesville, VA lease**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**FedEx**
**Attn: Managing Agent**
**PO Box 371461**
**Pittsburgh, PA 15251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$71,222.03**

---

| Debtor | *Telescope Management Group, LLC* | Case number *(if known)* | *18-04012-5* |
|--------|-----------------------------------|--------------------------|--------------|
|        | Name                              |                          |              |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,882.93** |
|------|--------------------------------------------------|----------------------------------------------------------------------|----------------|

**FedEx Freight**
**Attn: Managing Agent**
**P O Box 223125**
**Pittsburgh, PA 15251-2125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,456.40** |
|------|--------------------------------------------------|----------------------------------------------------------------------|----------------|

**Free People**
**Attn: Managing Agent**
**5000 South Broad Street, Bldg. 25**
**Philadelphia, PA 19112-1495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$312,668.44** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------------|

**French Connection Womens**
**Attn: Managing Agent**
**184-10 Jamaica Avenue**
**Hollis, NY 11423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,184.10** |
|------|--------------------------------------------------|----------------------------------------------------------------------|----------------|

**GBG - BCBG LLC**
**Attn: Managing Agent/CIT Group**
**PO Box 37998**
**Charlotte, NC 28237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108,408.47** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------------|

**Gentle Fawn**
**Attn: Managing Agent**
**8721 Santa Monica Blvd, #322**
**Los Angeles, CA 90069-4507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,200.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|----------------|

**Gorjana**
**Attn: Managing Agent**
**3275 Laguna Canyon Rd, R-1**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,144.30** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Grace & Glory Goods, LLC**
**Attn: Managing Agent**
**402 Elk Park Drive**
**Asheville, NC 28804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Telescope Management Group, LLC** | | Case number (if known) | **18-04012-5** |
|---|---|---|---|---|

Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,532.30 |
|---|---|---|---|

**Greylin**
Attn: Managing Agent
235 W Giaconda Way, Suite 217
Tucson, AZ 85704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $834.95 |
|---|---|---|---|

**Hachette Book Group**
Attn: Managing Agent
P.O. Box 8828
Boston, MA 02114-8828

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $472.40 |
|---|---|---|---|

**Hallmark Marketing Co LLC**
Attn: Managing Agent
PO Box 73642
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,751.96 |
|---|---|---|---|

**HamiltonCornerCMBSGeneralPartnership**
Attn: Managing Agent
PO Box 5557
Carol Stream, IL 60197-5557

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,771.63 |
|---|---|---|---|

**HBL (Zhangjiagang) Trade Co**
Attn: Managing Agent
770 N Water St
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155,449.10 |
|---|---|---|---|

**Ho Namgong**
107 East Ruby Avenue, Unit# A
Palisades Park, NJ 07650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1000

Basis for the claim:  _Plum Credit Card_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Hocker Oxmoor LLC**
c/o Oxmoor Center Attn: Law/Lease
110 N. Wacker Dr.
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  _Judgment - Oxmoor Center lease_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Telescope Management Group, LLC**                              Case number (if known)    **18-04012-5**
_____
Name

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **House of Quirky** | ☐ Contingent |
| | **Attn: Managing Agent** | ☐ Unliquidated |
| | **860 S Los Angeles St, Ste 706** | ☐ Disputed |
| | **Los Angeles, CA 90014** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$13,290.80**

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Hudson (House)** | ☐ Contingent |
| | **Attn: Managing Agent** | ☐ Unliquidated |
| | **1231 S Gerhart St** | ☐ Disputed |
| | **Commerce, CA 90022** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$86,462.31**

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Illume** | ☐ Contingent |
| | **Attn: Managing Agent** | ☐ Unliquidated |
| | **PO Box 74008742** | ☐ Disputed |
| | **Chicago, IL 60674-8742** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$8,808.64**

| | | |
|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Jainsons International Inc** | ☐ Contingent |
| | **Attn: Managing Agent** | ☐ Unliquidated |
| | **7526 Tyrone Ave** | ☐ Disputed |
| | **Van Nuys, CA 91405** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$1,500.00**

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **JD Fine & Company** | ☐ Contingent |
| | **Attn: Managing Agent** | ☐ Unliquidated |
| | **PO BOX 8421** | ☐ Disputed |
| | **Pasadena, CA 91109** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$42,184.80**

| | | |
|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Joe's (CIT)** | ☐ Contingent |
| | **Attn: Managing Agent** | ☐ Unliquidated |
| | **PO Box 37998** | ☐ Disputed |
| | **Charlotte, NC 28237-7998** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$44,493.04**

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Katie Loxton Inc** | ☐ Contingent |
| | **Attn: Managing Agent** | ☐ Unliquidated |
| | **130 Oak Park Drive** | ☐ Disputed |
| | **Mooresville, NC 28115** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$24,200.59**

Debtor    *Telescope Management Group, LLC*
_____
Name

Case number (if known)    **18-04012-5**

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$204,156.36** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------------|

**Kendra Scott Design**
**Attn: Managing Agent**
**1950 N Stemmons Freeway, Ste 5010**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$249.96** |

**Kennedy Office Supply**
**Attn: Managing Agent**
**4211-A  Atlantic Ave**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16.35** |

**Kentucky American Water**
**Attn: Managing Agent**
**PO Box 790247**
**St Louis, MO 63179-0247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,888.26** |

**Kerala Capital Partners**
**Attn: Managing Agent**
**507 N Lindsay Street**
**High Point, NC 27262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,808.69** |

**La Cantera Retail Limited Partnership**
**Attn: Managing Agent**
**PO Box 86**
**Minneapolis, MN 55486-2532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  *La Cantera - San Antonio, TX lease*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,731.23** |

**Laser Image Printing Marketing**
**Attn: Managing Agent**
**4018 Patriot Drive, Suite 200**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9.43** |

**Lexington-Fayette Urban County Govt**
**Attn: Managing Agent**
**P.O. Box 34090**
**Lexington, KY 40588-4090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | *Telescope Management Group, LLC* | Case number (if known) | *18-04012-5* |
|---|---|---|---|
| | Name | | |

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,871.37**

*Liberty Mutual Insurance*
*Attn: Managing Agent*
*PO Box 2051*
*Keene, NH 03431-7051*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,114.08**

*Love's Affect Jewelry*
*Attn: Managing Agent*
*105 Stony Pointe Way*
*Strasburg, VA 22657*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,362.94**

*Luxottica USA LLC*
*Attn: Managing Agent*
*12 Harbor Park Drive*
*Port Washington, NY 11050*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,583.32**

*Madison Snider I*
*Attn: Managing Agent*
*6116 N Central Expressway, Ste 510*
*Dallas, TX 75206*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,913.05**

*Marc Fisher*
*Attn: Managing Agent*
*PO Box 1036*
*Charlotte, NC 28201*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,886.42**

*Mayfaire Retail, LLC*
*Attn: Managing Agent*
*PO Box 12830*
*Wilmington, NC 28405*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Rent_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,883.14**

*Midway CC Venture I, LP*
*Attn: Managing Agent*
*800 Town & Country Blvd.*
*Houston, TX 77024*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Lease termination = City Center, Houston, TX lease_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | *Telescope Management Group, LLC* | Case number (if known) | *18-04012-5* |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,470.00**

*Mona B LLC*
*Attn: Managing Agent*
*25701 Richmond Road*
*Bedford Heights, OH 44146*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,758.00**

*Moon River*
*Attn: Managing Agent*
*1801 E 50th Street*
*Los Angeles, CA 90058*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,912.68**

*Mustard Seed*
*Attn: Managing Agent*
*800 Red Brook Boulevard, Suite 400C*
*Owings Mills, MD 21117*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,240.00**

*MVP Plan Administrators Inc*
*Attn: Managing Agent*
*15300 Weston Parkway, Suite 106*
*Cary, NC 27513*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,297.75**

*Nakamol Chicago*
*Attn: Managing Agent*
*336 N Michigan Ave.*
*Chicago, IL 60601*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$660.00**

*Narron, O'Hale and Whittington, PA*
*Attn: Managing Agent*
*102 South Third Street*
*Smithfield, NC 27577*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,554.00**

*New Friends Colony*
*Attn: Managing Agent*
*7526 Tyrone AVe*
*Van Nuys, CA 91405*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Telescope Management Group, LLC* | Case number *(if known)* | **18-04012-5** |
|---|---|---|---|
| | Name | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,600.15** |
|---|---|---|---|

**Nikibiki**
**Attn: Managing Agent**
**2139 E 52nd St**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.56** |
|---|---|---|---|

**Northwest Georgia Humane Society**
**Attn: Managing Agent**
**Northwest, GA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$536.00** |
|---|---|---|---|

**Packed Party, Inc**
**Attn: Managing Agent**
**2305 Donley Dr, Ste 100**
**Austin, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,973.00** |
|---|---|---|---|

**Pamela NY Inc.**
**Attn: Managing Agent**
**29 West 30th Street, 4th Fl.**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,998.75** |
|---|---|---|---|

**Pannee Group Inc**
**Attn: Managing Agent**
**2230 Valdina Street**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,445.45** |
|---|---|---|---|

**Pia Rossini Inc**
**Attn: Managing Agent**
**119-A Ruthar Drive**
**Newark, DE 19711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,815.29** |
|---|---|---|---|

**Premium Denim LLC**
**Attn: Managing Agent**
**800 Red Brook Blvd, Ste 400C**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | *Telescope Management Group, LLC* | Case number *(if known)* | *18-04012-5* |
|---|---|---|---|
| | Name | | |

---

**3.109** | Nonpriority creditor's name and mailing address

*PRSC Holdings (Edens) LLC*
*Attn: Managing Agent*
*PO Box 536856*
*Atlanta, GA 30353-6856*

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,627.44**

---

**3.110** | Nonpriority creditor's name and mailing address

*R & B University Village, Ltd*
*Attn: Managing Agent*
*1800 St James Place, Suite 300*
*Houston, TX 77056*

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Lease termination - Rice Village lease_

Is the claim subject to offset? ■ No  ☐ Yes

**$27,474.65**

---

**3.111** | Nonpriority creditor's name and mailing address

*Rakuten Card Linked Offer Network Inc*
*Attn: Managing Agent*
*999 Plaza Drive, Suite 310*
*Schaumburg, IL 60173*

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$103.99**

---

**3.112** | Nonpriority creditor's name and mailing address

*RAR2-Shops Around Lenox QRS, LLC*
*c/o Wiles and Wiles, LLP*
*800 Kennesaw Avenue, Suite 400*
*Marietta, GA 30060-7946*

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Lenox - Atlanta, GA lease termination agreement_

Is the claim subject to offset? ■ No  ☐ Yes

**$200,000.00**

---

**3.113** | Nonpriority creditor's name and mailing address

*Regency Office Products LLC*
*Attn: Managing Agent*
*8024 Glenwood Ave, Suite 200*
*Raleigh, NC 27612*

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,518.73**

---

**3.114** | Nonpriority creditor's name and mailing address

*Royal Fashion Group (CIT)*
*Attn: Managing Agent*
*PO Box 1036*
*Charlotte, NC 28201*

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$575.00**

---

**3.115** | Nonpriority creditor's name and mailing address

*RPAI Naperville Main LLC*
*Attn: Managing Agent*
*13068 Collection Center Drive*
*Chicago, IL 60693-0130*

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$18,874.58**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Telescope Management Group, LLC**
Name

Case number (if known) **18-04012-5**

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,849.26 |
|---|---|---|---|

**RPAI Southwest Management LLC**
**Attn: Managing Agent**
**15105 Collection Center Drive**
**Chicago, IL 60693-5105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,455.53 |
|---|---|---|---|

**San Diego Hat Company**
**Attn: Managing Agent**
**PO Box 131390**
**Carlsbad, CA 92013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,226.30 |
|---|---|---|---|

**Sanctuary Clothing LLC (CIT)**
**Attn: Managing Agent**
**PO Box 1036**
**Charlotte, NC 28201-1036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,023.73 |
|---|---|---|---|

**Sarah Banks**
**Attn: Managing Agent**
**8524 New Oak Lane**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.14 |
|---|---|---|---|

**SCE&G**
**Attn: Managing Agent**
**PO Box 100255**
**Columbia, SC 29202-3255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,322.25 |
|---|---|---|---|

**Shiraleah**
**Attn: Managing Agent**
**4258 North Knox Avenue**
**Chicago, IL 60641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,032.10 |
|---|---|---|---|

**Shops at Friendly LLC**
**Attn: Managing Agent**
**2030 Hamilton Place Blvd.**
**Chattanooga, TN 37421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | *Telescope Management Group, LLC* | Case number *(if known)* | *18-04012-5* |
|---|---|---|---|
| | Name | | |

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

*Short Pump Town Center, LLC*
*Attn: Managing Agent*
*50 Public Square, Ste 1360*
*Cleveland, OH 44113*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Short Pump - Richmond, VA lease*

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,408.00**

*Show Me Your Mumu (LA)*
*Attn: Managing Agent*
*2420 E 8th Street*
*Los Angeles, CA 90021*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,520.00**

*STEVE MADDEN (Rosenthal)*
*Attn: Managing Agent*
*PO Box 88926*
*Chicago, IL 60695-1926*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,200.00**

*Steward Ingram & Cooper PLLC*
*Attn: Managing Agent*
*PO Box 41168*
*Raleigh, NC 27629*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,032.95**

*Sugarfina, Inc*
*Attn: Managing Agent*
*PO Box 101865*
*Pasadena, CA 91189-1865*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,879.41**

*The Domain Mall, LLC*
*Attn: Managing Agent*
*PO Box 406597*
*Atlanta, GA 30384-6597*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** *Domain - Austin, TX lease*

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,646.66**

*Thruway Shopping Center, LLC*
*Attn: Managing Agent*
*PO Box 38042*
*Baltimore, MD 21297-8042*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | *Telescope Management Group, LLC* | Case number (if known) | *18-04012-5* |
|---|---|---|---|
| | Name | | |

---

**3.130** | Nonpriority creditor's name and mailing address

*Tim McCarthy*
*Attn: Managing Agent*
*1205 Trafalgar Dr*
*Winterville, NC 28590*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$5,625.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address

*Town Center Block 10 Apartments, LP*
*Attn: Managing Agent/Louis Haddad*
*222 Central Park Ave, Ste 2100*
*Virginia Beach, VA 23462*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          ***Unknown***

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Virginia Beach lease_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address

*Town of Cary*
*Attn: Managing Agent*
*PO Box 71090*
*Charlotte, NC 28272-1090*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address

*Trenholm Plaza (E&A), LLC*
*Attn: Managing Agent/Legal Dept.*
*1221 Main Street, Ste 1000*
*Columbia, SC 29201*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$42,599.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Lease termination - Trenholm Plaza, Forest Acres, SC lease_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address

*Two's Company Inc.*
*Attn: Managing Agent*
*500 Saw Mill River Rd.,*
*Elmsford, NY 10523*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$2,287.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address

*Uline*
*Attn: Managing Agent*
*PO Box 88741*
*Chicago, IL 60680-1741*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$308.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address

*University of NC Chapel Hill*
*Attn: Managing Agent*
*400 Roberson Street, CB# 1910*
*Carrboro, NC 27510*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$6,969.77**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | *Telescope Management Group, LLC* | Case number (if known) | **18-04012-5** |
|---|---|---|---|
| | Name | | |

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | *$4,300.00* |
|---|---|---|---|
| | *Urban Expressions*<br>*Attn: Managing Agent*<br>*5500 Union Pacific Ave*<br>*Commerce, CA 90022* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | *$20,000.00* |
|---|---|---|---|
| | *US REIF Artessa SanAntonioTexas,LLC*<br>*Attn: Managing Agent*<br>*1100 NE Loop 410, Ste 400*<br>*San Antonio, TX 78209* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** *Termination fee - Quarry Village lease* | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | *$2,723.28* |
|---|---|---|---|
| | *USAble Life*<br>*Attn: Managing Agent*<br>*P.O. Box 204678*<br>*Dallas, TX 75320* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | *$2,500.00* |
|---|---|---|---|
| | *Weingarten Realty Investors*<br>*Attn: Managing Agent*<br>*2600 Citadel Plaza Drive, Suite 125*<br>*Houston, TX 77008* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** *River Oaks, Houston, TX - Lease Termination* | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | *$15.00* |
|---|---|---|---|
| | *Window Ninjas*<br>*Attn: Managing Agent*<br>*5401 Wrightsville Ave*<br>*Wilmington, NC 28403* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | *$118.95* |
|---|---|---|---|
| | *Windstream*<br>*Attn: Managing Agent*<br>*PO Box 9001908*<br>*Louisville, KY 40290-1908* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | *$79.53* |
|---|---|---|---|
| | *YES Energy Management (Hicksville)*<br>*Attn: Managing Agent*<br>*PO BOX 6255*<br>*Hicksville, NY 11802-6255* | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | *Telescope Management Group, LLC* | Case number *(if known)* | *18-04012-5* |
|---|---|---|---|
| | Name | | |

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,466.12** |
|---|---|---|---|

*Z Supply (House)*
*Attn: Managing Agent*
*18001 Cowan, Suite A*
*Irvine, CA 92614*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,359.10** |
|---|---|---|---|

*Zad*
*Attn: Managing Agent*
*30 S La Paterna Ln #9*
*Goleta, CA 93117-3124*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | *Blakeney Retail LLC*<br>*c/oCNLCroslandCommericalRealEstate*<br>*201 South College St, Ste 1300*<br>*Charlotte, NC 28244* | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | *Cameron Village*<br>*c/o Regency Center Corp*<br>*One Independent Dr, Ste 114*<br>*Jacksonville, FL 32202-5019* | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | *CBRE*<br>*Attn: Managing Agent*<br>*200 Meeting Street, Suite 202*<br>*Charleston, SC 29401* | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | *CPT Peachtree Forum I, LLC*<br>*c/o Core Property Management, LLC*<br>*3340 Peachtree Rd, Ste 1660*<br>*Atlanta, GA 30326* | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | *CPT Peachtree Forum I, LLC*<br>*c/o Core Property Management LLC*<br>*800 Vanderbilt Beach Rd*<br>*Naples, FL 34108* | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | *D. Marsh Prause*<br>*Allman Spry Davis Leggett & Crumple*<br>*PO Drawer 5129*<br>*Winston Salem, NC 27113* | Line **3.47**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | *DDR Deer Park Town Center LLC*<br>*Attn: Managing Agent/ExecVP leasing*<br>*3300 Enterprise Parkway*<br>*Beachwood, OH 44122* | Line **3.46**<br>☐ Not listed. Explain ____ | _ |

| Debtor | *Telescope Management Group, LLC* | Case number *(if known)* | *18-04012-5* |
|---|---|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.8 | *Edens - 2356*<br>*Attn: Managing Dir. of Leasing*<br>*7200 Wisconsin Ave, Ste 400*<br>*Bethesda, MD 20814* | Line *3.54*<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | *Erik J. Ives*<br>*Fox Swibel*<br>*200 W Madison St, Ste 3000*<br>*Chicago, IL 60606* | Line *3.7*<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | *John W. Woodard, Jr.*<br>*Wyatt, Tarrant & Combs, LLP*<br>*500 W Jefferson St, Ste 2800*<br>*Louisville, KY 40202* | Line *3.73*<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | *Milberg Factors of California, Inc*<br>*Attn: Managing Agent*<br>*99 Park Avenue*<br>*New York, NY 10016* | Line *3.26*<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | *Oxmoor Center*<br>*Attn: General Manager*<br>*7900 Shelbyville Road*<br>*Louisville, KY 40222* | Line *3.73*<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | *Plaza Associates, Inc.*<br>*Attn: Legal Dept*<br>*2840 Plaza Place, Ste 100*<br>*Raleigh, NC 27612* | Line *3.45*<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | *Shops at Friendly LLC*<br>*c/o CBL Properties*<br>*2030 Hamilton Place Blvd.*<br>*Chattanooga, TN 37421* | Line *3.122*<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | *State Comptroller*<br>*Attn: Managing Agent*<br>*PO Box 12020*<br>*Austin, TX 78711* | Line *2.14*<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | *The CIT Group*<br>*Attn: Managing Agent*<br>*One CIT Drive*<br>*Livingston, NJ 07039* | Line *3.18*<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | *The CIT Group*<br>*Attn: Managing Agent*<br>*11 West 42nd Street*<br>*New York, NY 10036* | Line *3.18*<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | *Virginia Dept of Taxation*<br>*Attn: Bankruptcy Unit*<br>*PO Box 2156*<br>*Richmond, VA 23218-2156* | Line *2.15*<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | *York Properties Inc*<br>*Attn: Managing Agent*<br>*1900 Cameron St*<br>*Raleigh, NC 27605* | Line *3.23*<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor   **Telescope Management Group, LLC**                    Case number (if known)   **18-04012-5**
_____
                Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 510,788.68 |
| **5b. Total claims from Part 2** | 5b. + $ | 3,498,185.51 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 4,008,974.19 |

**Fill in this information to identify the case:**

Debtor name    *Telescope Management Group, LLC*

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    *18-04012-5*

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**    State what the contract or lease is for and the nature of the debtor's interest<br><br>        State the term remaining<br><br>    List the contract number of any government contract | *Greenville*<br>*123 N. Main St*<br>*Greenville, SC 29601*<br><br><br>*123 North Main Group, LLC*<br>*Attn: Managing Agent*<br>*505 Pettigru St*<br>*Greenville, SC 29601* |
| **2.2.**    State what the contract or lease is for and the nature of the debtor's interest<br><br>        State the term remaining<br><br>    List the contract number of any government contract | *King Street*<br>*285 King St*<br>*Charleston, SC 29401*<br><br><br>*285 King Street Company LLC*<br>*Attn: Managing Agent/c/o CBRE Inc.*<br>*PO Box 310*<br>*Charleston, SC 29402* |
| **2.3.**    State what the contract or lease is for and the nature of the debtor's interest<br><br>        State the term remaining<br><br>    List the contract number of any government contract | *Armitage*<br>*837 W Armitage Ave*<br>*Chicago, Illinois 60614*<br><br><br>*Acadia Chicago LLC*<br>*c/o Acadia Realty Trust/Legal Dept.*<br>*1311 Mamaroneck Ave, Ste 260*<br>*White Plains, NY 10605* |
| **2.4.**    State what the contract or lease is for and the nature of the debtor's interest<br><br>        State the term remaining<br><br>    List the contract number of any government contract | *Friendly Center*<br>*3326 West Friendly Ave*<br>*Greensboro, NC 27408*<br><br><br>*CBL - Shops at Friendly, LLC*<br>*c/o CBL&Assoc. Mgmt, Inc. - CBL Ctr*<br>*2030 Hamilton Place Blvd, Ste 500*<br>*Chattanooga, TN 37421* |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Telescope Management Group, LLC** | | Case number *(if known)* | **18-04012-5** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

*Cameron Village*
*2023 Cameron St*
*Raleigh, NC 27605*

State the term remaining

List the contract number of any government contract

*Columbia Cameron Village, LLC*
*c/o Regency Center Corporation*
*One Independent Dr, Ste 114*
*Jacksonville, FL 32202*

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

*Crabtree*
*4325 Glenwood Ave,*
*Ste 2009*
*Raleigh, NC 27612*

State the term remaining

List the contract number of any government contract

*CVM Holdings, LLC*
*Attn: Managing Agent*
*4325 Glenwood Ave*
*Raleigh, NC 27612*

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

*Birkdale Village*
*16805 Birkdale*
*Commons Pkwy Ste. B*
*Huntersville, NC*

State the term remaining

List the contract number of any government contract

*DDRTC Birkdale Village LLC*
*Attn: Managing Agent/ExecVP leasing*
*3300 Enterprise Parkway*
*Beachwood, OH 44122*

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

*Hamilton Corner*
*215 Gunbarrel Rd*
*Space A-11*
*CHattanooga, TN 37421*

State the term remaining

List the contract number of any government contract

*Hamilton Corner CMBS GP*
*CBL&Assoc. Mgmt, Inc./CBL Ctr*
*2030 Hamilton Place Blvd, Ste 500*
*Chattanooga, TN 37421*

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

*201 Kitty Hawk Drive,*
*Morrisville, NC*

State the term remaining

List the contract number of any government contract

*Kerala Capital Partners, LLC*
*Attn: Managing Agent*
*507 N. Lindsay Street*
*High Point, NC 27262*

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

*Acct No. xLF345*
*2016 Lexus GSF*

State the term remaining

List the contract number of any

*15 months*

*Lexus Financial Services*
*Attn: Managing Agent*
*6565 Headquarters Drive*
*Plano, TX 75024*

Debtor 1    *Telescope Management Group, LLC*

    First Name        Middle Name        Last Name

Case number *(if known)*    **18-04012-5**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Naperville - Main Street Promenade**<br>**50 South Main St**<br>**Naperville, IL 60540** | |
| | State the term remaining | | **LFP Holdings, LLC**<br>**Attn: BBM Incorporated**<br>**PO Box 554**<br>**Naperville, IL 60566** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Snider Plaza**<br>**6818 Snider Plaza Blvd**<br>**Dallas, TX 75205** | |
| | State the term remaining | | **Madison Snider I Cotenancy**<br>**Attn: Managing Agent**<br>**6116 N. Central Expressway, Ste 510**<br>**Dallas, TX 75206** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Wilmington - Mayfaire**<br>**6837 Main St**<br>**Wilmington, NC 28405** | |
| | State the term remaining | | **Mayfaire Town Center, LP**<br>**CBL&Associates Managment Inc.**<br>**2030 Hamilton Place Blvd., Ste 500**<br>**Chattanooga, TN 37421** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Blakeney**<br>**9816 Rea Rd**<br>**Charlotte, NC 28277** | |
| | State the term remaining | | **NW Blakeney Retail LLC**<br>**Attn: Managing Agent/Northwood Inv.**<br>**575 Fifth Ave, 23rd Floor**<br>**New York, NY 10017** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Park Road - Charlotte**<br>**4713 Park Road**<br>**Charlotte, NC 28209** | |
| | State the term remaining | | **Phillips Place Partners, LLC**<br>**Attn: William A. MacNeil**<br>**4725 Piedmont Row Drive, Ste 800**<br>**Charlotte, NC 28209** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **2016 Porsche Cayenne**<br>**VIN**<br>**WP1AA2A29GKA14926** | **Porsche Financial Services**<br>**Attn: Managing Agent**<br>**One Porsche Drive**<br>**Atlanta, GA 30354** |

Debtor 1   **Telescope Management Group, LLC**                                    Case number *(if known)*   **18-04012-5**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining   **14 months** | |
| List the contract number of any government contract   _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Thruway**<br>**256 Stratford Rd**<br>**Winston-Salem, NC 27103** | |
|---|---|---|---|
| | State the term remaining | | **Saul Subsidiary I LP**<br>**Attn: Managing Agent/Legal Dept**<br>**7501 Wisconsin Ave, Suite 1500**<br>**Bethesda, MD 20814** |
| | List the contract number of any government contract   _____ | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Legacy**<br>**7201 Bishop Drive, E11**<br>**Plano, TX 75024** | |
|---|---|---|---|
| | State the term remaining | | **The Shops at Legacy (RPAI) L.P.**<br>**Attn: Managing Agent**<br>**2021 Spring Rd, Ste 200**<br>**Oak Brook, IL 60523** |
| | List the contract number of any government contract   _____ | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Arlington Village**<br>**627 Red Banks Road**<br>**Greenville, NC 27858** | |
|---|---|---|---|
| | State the term remaining | | **Timothy and Natalie McCarthy**<br>**1205 Trafalgar Dr.**<br>**Winterville, NC 28590** |
| | List the contract number of any government contract   _____ | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Chapel Hill**<br>**142 E Franklin St**<br>**Chapel Hill, NC** | |
|---|---|---|---|
| | State the term remaining | | **University of NC Chapel Hill**<br>**Attn: Linda Oakley-Leasing Manager**<br>**103 Airport Dr, Ste 128, Box 1060**<br>**Chapel Hill, NC 27599** |
| | List the contract number of any government contract   _____ | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease**<br>**1829-117 Capital Blvd**<br>**Raleigh, NC** | |
|---|---|---|---|
| | State the term remaining | | **Uptown Biz Plaza, LLC**<br>**Attn: Managing Agent**<br>**1829-125 Capital Blvd**<br>**Raleigh, NC 27604** |
| | List the contract number of any government contract   _____ | | |

**Fill in this information to identify the case:**

Debtor name    ___*Telescope Management Group, LLC*___

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    ___*18-04012-5*___

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**　　　　　　　　　　　　　　　　　　　　　*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | *Chan Namgong* | *5113 Bella Ridge Drive*<br>*Raleigh, NC 27615* | *Rapid Advance* | ■ D ___*2.7*___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | *Chan Namgong* | *5113 Bella Ridge Drive*<br>*Raleigh, NC 27615* | *Compass Bank* | ■ D ___*2.3*___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | *Chan Namgong* | *5113 Bella Ridge Drive*<br>*Raleigh, NC 27615* | *Columbus Tower,*<br>*L.L.C.* | ☐ D _____<br>■ E/F ___*3.36*___<br>☐ G _____ |
| 2.4 | *Chan Namgong* | *5113 Bella Ridge Drive*<br>*Raleigh, NC 27615* | *R & B University*<br>*Village, Ltd* | ☐ D _____<br>■ E/F ___*3.110*___<br>☐ G _____ |
| 2.5 | *Chan Namgong* | *5113 Bella Ridge Drive*<br>*Raleigh, NC 27615* | *Capital One* | ☐ D _____<br>■ E/F ___*3.24*___<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Telescope Management Group, LLC**                     Case number *(if known)*    **18-04012-5**

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Chan Namgong**  5113 Bella Ridge Drive  Raleigh, NC 27615 | **Porsche Financial Services** | ☐ D _____  ☐ E/F _____  ▮ G ___**2.16**___ |
| 2.7 | **Chan Namgong**  5113 Bella Ridge Drive  Raleigh, NC 27615 | **Lexus Financial Services** | ☐ D _____  ☐ E/F _____  ▮ G ___**2.10**___ |

**Fill in this information to identify the case:**

Debtor name    ***Telescope Management Group, LLC***

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    ***18-04012-5***

☐ Check if this is an amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| ***From the beginning of the fiscal year to filing date:***<br>From  ***1/01/2018*** to ***Filing Date*** | ■ Operating a business<br>☐ Other  ***Retail Stores*** | ***$9,646,889.47*** |
| ***For prior year:***<br>From  ***1/01/2017*** to ***12/31/2017*** | ■ Operating a business<br>☐ Other  ***Retail Stores*** | ***$23,377,621.02*** |
| ***For year before that:***<br>From  ***1/01/2016*** to ***12/31/2016*** | ■ Operating a business<br>☐ Other  ***Retail Stores*** | ***$23,302,513.98*** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Debtor | **Telescope Management Group, LLC** | | Case number *(if known)* | **18-04012-5** |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **Federal Realty Investment Trust**<br>**Attn: Managing Agent**<br>**PO Box 8500-9320**<br>**Philadelphia, PA 19178-9320** | *05/01/2018,*<br>*06/01/2018* | **$25,121.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Rent_ |
| 3.2. | **Acadia Chicago LLC**<br>**Attn: Managing Agent**<br>**PO Box 415980**<br>**Boston, MA 02241-5980** | *6/20/18,*<br>*07/03/2018* | **$33,982.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **American Express Plum Card** | *5/23/18,*<br>*6/23/18,*<br>*7/25/18* | **$247,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Credit Card x21000_ |
| 3.4. | **American Express Plum Card** | *5/13/18,*<br>*6/13/18,*<br>*7/13/18* | **$35,657.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Credit Card x41007_ |
| 3.5. | **Z Supply (House)**<br>**Attn: Managing Agent**<br>**18001 Cowan, Suite A**<br>**Irvine, CA 92614** | *5/4/18,*<br>*5/11/18,*<br>*5/21/18,*<br>*5/25/18,*<br>*6/19/18,*<br>*6/29/18* | **$48,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | **French Connection Womens**<br>**Attn: Managing Agent**<br>**184-10 Jamica Avenue**<br>**Hollis, NY 11423** | *5/4/18,*<br>*5/11/18,*<br>*5/21/18,*<br>*5/25/18,*<br>*6/19/18,*<br>*6/29/18* | **$68,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | **Rapid Advance**<br>**Attn: Managing Agent**<br>**4500 East West Hwy, 6th Fl**<br>**Bethesda, MD 20814** | *5/7/18-7/30/1*<br>*8* | **$204,944.84** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. | **Capital One** | *5/1/18,5/2/18,*<br>*5/7/18,5/9/18,*<br>*5/11/18,5/14/*<br>*18,5/16/18,5/*<br>*22/18,5/24/18*<br>*,5/25/18,6/20/*<br>*18,7/19/18,7/*<br>*13/18* | **$69,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Credit card_ |

Debtor    **Telescope Management Group, LLC**    Case number (if known)    **18-04012-5**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Duke Energy Progress**<br>**Attn: Managing Agent**<br>**PO Box 1771**<br>**Raleigh, NC 27602** | *Various:*<br>*May-July201*<br>*8* | *$9,852.60* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. **American Express Business** | *5/28/18,*<br>*6/29/18,*<br>*7/31/18* | *$49,151.27* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card** |
| 3.11. **American Express Platinum** | *5/9/18,*<br>*6/9/18, 7/9/18* | *$79,776.10* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card** |
| 3.12. **Alabama Dept. of Revenue**<br>**Attn: Managing Agent**<br>**PO Box 327420**<br>**Montgomery, AL 36132-7420** | *Various:*<br>*May-July201*<br>*8* | *$8,310.11* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.13. **Tennessee Dept. of Revenue** | *5/2/18,*<br>*6/22/18* | *$9,756.70* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.14. **NC Dept. of Revenue**<br>**Attn: Bankruptcy Unit**<br>**PO Box 1168**<br>**Raleigh, NC 27602-1168** | *5/4/18-7/20/1*<br>*8* | *$41,000.00* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.15. **123 North Main Group. LLC**<br>**Attn:  Managing Agent**<br>**PO Box 492**<br>**Greenville, SC 29602** | *Various:*<br>*May-July*<br>*2018* | *$21,452.12* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **285 King Street Company LLC**<br>**Attn: Managing Agent**<br>**PO Box 310**<br>**Charleston, SC 29402** | *05/01/2018,*<br>*06/21/2018* | *$24,214.70* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Telescope Management Group, LLC**                                    Case number (if known)   **18-04012-5**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.17. **BBVA Compass**<br>**Attn: Officer/Manging Agent**<br>**15 20th Street South**<br>**Birmingham, AL 35233** | **5/25/18,**<br>**6/25/18,**<br>**7/25/18** | **$36,710.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Interest** |
| 3.18. **Compass Bank MasterCard**<br>**Attn: Officer/Managing Agent**<br>**PO Box 830139**<br>**Birmingham, AL 35283** | **5/15/18,**<br>**6/14/18,**<br>**7/13/18** | **$836,644.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card** |
| 3.19. **Bestseller Wholesale US**<br>**Attn: Managing Agent**<br>**225-A Rue De Liege, QuestMontreal**<br>**QCH2P1H4, Canada** | **5/1/18, 5/9/18** | **$7,901.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **Caleres, Inc**<br>**Attn: Managing Agent**<br>**8300 Maryland Ave**<br>**Saint Louis, MO 63105** | **5/31/18,**<br>**6/29/18** | **$7,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **Cameron Village**<br>**Attn: Managing Agent**<br>**One Independent Dr, Ste 114**<br>**Jacksonville, FL 32202-5019** | | **$24,203.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **rent** |
| 3.22. **Charles Schwab** | **5/10/18-8/3/1**<br>**8** | **$14,755.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **401(k) withholdings,**<br>**Retirement Contributions** |
| 3.23. **Chaser (Milberg)**<br>**Attn: Managing Agent**<br>**217 East 157th Street**<br>**Gardena, CA 90248** | **5/1/18-6/22/1**<br>**8** | **$7,555.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. **Cigna Healthcare** | **5/23/18-6/22/**<br>**18** | **$45,422.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Telescope Management Group, LLC** | Case number *(if known)*  **18-04012-5** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25. | ***Cupcakes and Cashmere(WF)***<br>***Attn: Managing Agent***<br>***PO Box 912150***<br>***Denver, CO 80291-2150*** | *5/1/18-6/5/18* | $14,123.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. | ***CVM Holdings, LLC***<br>***Attn: Managing Agent***<br>***PO Box 63340***<br>***Charlotte, NC 28263-3340*** | *5/1/18-7/31/18* | $40,515.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. | ***DDRTC Birkdale Village LLC***<br>***Attn: Managing Agent***<br>***PO Box 932738***<br>***Cleveland, OH 44193*** | *5/1/18-6/21/18* | $10,364.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. | ***DesirePath Missippi, LLC***<br>***Attn: Managing Agent***<br>***P.O. Box 6445***<br>***Carol Stream, IL 60197-6445*** | *5/1/18, 5/9/18* | $8,426.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. | ***DL1961 Premium Denim Inc (CIT)***<br>***Attn: Managing Agent***<br>***PO Box 1036***<br>***Charlotte, NC 28201*** | *5/1/18-7/20/18* | $14,062.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. | ***DO+BE COLLECTION***<br>***Attn: Managing Agent***<br>***1016 S. Towne Ave, #101***<br>***Los Angeles, CA 90021*** | *5/1/18* | $7,476.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. | ***FedEx Freight***<br>***Attn: Managing Agent***<br>***P O Box 223125***<br>***Pittsburgh, PA 15251-2125*** | *5/1/18-6/27/18* | $11,418.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. | ***Free People***<br>***Attn: Managing Agent***<br>***5000 South Broad Street***<br>***Philadelphia, PA 19112-1495*** | *5/1/18-7/20/18* | $54,065.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Telescope Management Group, LLC**                      Case number *(if known)*    **18-04012-5**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.33. | **GBG - BCBG LLC**<br>**Attn: Managing Agent/CIT Group**<br>**PO Box 37998**<br>**Charlotte, NC 28237** | **6/14/18-7/17/<br>18** | **$35,938.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. | **Gentle Fawn**<br>**Attn: Managing Agent**<br>**8721 Santa Monica Blvd, #322**<br>**Los Angeles, CA 90069-4507** | **5/1/18, 5/9/18** | **$21,592.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. | **Gorjana**<br>**Attn: Managing Agent**<br>**3275 Laguna Canyon Rd, R-1**<br>**Laguna Beach, CA 92651** | **5/9/18-7/18/1<br>8** | **$12,387.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. | **Greylin**<br>**Attn: Managing Agent**<br>**235 W Giaconda Way, Suite 217**<br>**Tucson, AZ 85704** | **5/1/18-7/31/1<br>8** | **$7,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. | **Hocker Oxmoor LLC**<br>**c/o Oxmoor Center Attn: Law/Lease**<br>**110 N. Wacker Dr.**<br>**Chicago, IL 60606** | **5/1/18-7/30/1<br>8** | **$9,090.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. | **Hol-Dav Management Inc.** | **7/20/18** | **$150,100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. | **House of Quirky**<br>**Attn: Managing Agent**<br>**860 S Los Angeles St, Ste 706**<br>**Los Angeles, CA 90014** | **5/1/18-5/9/18** | **$14,641.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. | **Katie Loxton Inc**<br>**Attn: Managing Agent**<br>**130 Oak Park Drive**<br>**Mooresville, NC 28115** | **5/1/18** | **$7,065.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Telescope Management Group, LLC**                                    Case number (if known)   **18-04012-5**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.41. **Kendra Scott Design** **Attn: Managing Agent** **1950 N Stemmons Freeway, Ste 5010** **Dallas, TX 75207** | 5/1/18-5/9/18 | $10,072.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.42. **Kerala Capital Partners** **Attn: Managing Agent** **507 N Lindsay Street** **High Point, NC 27262** | 5/1/18-7/18/18 | $12,944.13 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.43. **Madison Snider I** **Attn: Managing Agent** **6116 N Central Expressway, Ste 510** **Dallas, TX 75206** | 5/1/18-6/21/18 | $17,437.48 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.44. **Management One Ltd** **Attn: Managing Agent** **2100 E Speedway Blvd** **Tucson, AZ 85717** | 5/1/18-8/3/18 | $21,179.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.45. **Mayfaire Retail, LLC** **Attn: Managing Agent** **PO Box 12830** **Wilmington, NC 28405** | 5/1/18 | $7,869.49 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.46. **Moon River** **Attn: Managing Agent** **1801 E 50th Street** **Los Angeles, CA 90058** | 5/1/18, 5/9/18 | $10,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.47. **Nakamol Chicago** **Attn: Managing Agent** **336 N Michigan Ave.** **Chicago, IL 60601** | 5/1/18-7/20/18 | $24,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.48. **Netalico, LLC** **Attn: Managing Agent** **9450 SW Gemini Dr #83512** **Beaverton, OR 97008-7105** | 5/9/18-6/5/18 | $7,425.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Telescope Management Group, LLC**                                    Case number *(if known)*   **18-04012-5**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.49. **Pamela NY Inc.** **Attn: Managing Agent** **29 West 30th Street, 4th Fl.** **New York, NY 10001** | **5/1/18-5/10/18** | **$9,813.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.50. **Premium Denim LLC** **Attn: Managing Agent** **800 Red Brook Blvd, Ste 400C** **Owings Mills, MD 21117** | **5/1/18-7/18/18** | **$12,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.51. **PRSC Holdings (Edens) LLC** **Attn: Managing Agent** **PO Box 536856** **Atlanta, GA 30353-6856** | **8/1/18** | **$11,949.13** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.52. **RPAI Naperville Main LLC** **Attn: Managing Agent** **13068 Collection Center Drive** **Chicago, IL 60693-0130** | **5/1/18-6/21/18** | **$10,942.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.53. **RPAI Southwest Management LLC** **Attn: Managing Agent** **15105 Collection Center Drive** **Chicago, IL 60693-5105** | **5/1/18-6/21/18** | **$8,901.57** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.54. **Shiraleah** **Attn: Managing Agent** **4258 North Knox Avenue** **Chicago, IL 60641** | **5/1/18-7/20/18** | **$11,470.90** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.55. **Show Me Your Mumu (LA)** **Attn: Managing Agent** **2420 E 8th Street** **Los Angeles, CA 90021** | **5/1/18-5/9/18** | **$12,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.56. **Texas Comptroller** | **5/21/18-7/9/18** | **$24,550.12** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | *Telescope Management Group, LLC* | Case number *(if known)*  *18-04012-5* |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.57.  *The Domain Mall, LLC*<br>*Attn: Managing Agent*<br>*PO Box 406597*<br>*Atlanta, GA 30384-6597* | *5/1/18-7/24/18* | *$25,387.89* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.58.  *Thruway Shopping Center, LLC*<br>*Attn: Managing Agent*<br>*PO Box 38042*<br>*Baltimore, MD 21297-8042* | *5/1/18-7/13/18* | *$51,580.34* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.59.  *Travelers CL Remittance Center* | *5/1/18-5/9/18* | *$13,368.73* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.60.  *Weingarten Realty Investors*<br>*Attn: Managing Agent*<br>*2600 Citadel Plaza Drive, Suite 125*<br>*Houston, TX 77008* | *5/1/18-7/2/18* | *$7,500.00* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  *Carolina Space Management LLC*<br><br>*Owned by Member/Mangager of Debtor* | *7/5/18* | *$10,000.00* | *Repayment of loan* |
| 4.2.  *Commercial Space Management* | *8/2/18* | *$12,500.00* | *Loan repayment* |
| 4.3.  *Anges Signature Homes* | *8/29/17,*<br>*10/4/17* | *$28,911.57* | *Payment on behalf of Chan Namgong* |
| 4.4.  *Becker Law Offices* | *10/16/2017* | *$120,000.00* | *Payment on behalf of Chan Namgong* |
| 4.5.  *Lifetime Family Dental* | *2/27/18* | *$59.50* | *Payment on behalf of Chan Namgong* |
| 4.6.  *SC Department of Revenue* | *3/12/18* | *$3,145.00* | *Payment on behalf of Chan Namgong* |
| 4.7.  *Virginia Dept of Taxation* | *3/12/18* | *$2,409.00* | *Payment on behalf of Chan Namgong* |
| 4.8.  *United States Treasury* | *4/16/18* | *$7,000.00* | *Payment on behalf of Chan Namgong* |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   *Telescope Management Group, LLC*                    Case number *(if known)*   *18-04012-5*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.9.  *Georgia Department of Revenue* | *4/16/18* | *$400.00* | *Payment on behalf of Chan Namgong* |
| 4.10.  *NC Dept. of Revenue Attn: Bankruptcy Unit PO Box 1168 Raleigh, NC 27602-1168* | *4/16/18* | *$22,600.00* | *Payment on behalf of Chan Namgong* |
| 4.11.  *Ho Namgong* | *7/24/18* | *$10,000.00* | |
| 4.12.  *Chan Namgong 5113 Bella Ridge Drive Raleigh, NC 27615 Member/Manager* | *8/2017-8/2018* | *$100,909.51* | *Member's Draw* |
| 4.13.  *Cigna* | *Various* | *Unknown* | *Insurance coverage for Chan Namgong's mother, father, wife, and children* |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  *DDRTC Birkdale Village LLC v. Telescope Management Group, LLC 18 CVM 18680* | *Complaint in Summary Ejectment* | *Mecklenberg District Court - Small Claim* | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2.  *Texas State Comptroller v. Telescope Managment Group, LLC 2010026* | *Notice of Hearing to Cancel limited sales, excise, and use tax permit* | *Comptroller's Field Office 1711 San Jacinto 180 Austin, TX 78711* | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3.  *Acadia Chicago, LLC v. Telescope Management Group, LLC 2018-M1-708963* | *Summary Ejectment, Money Owed* | *State of Illinois Circuit Court Cook County* | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    *Telescope Management Group, LLC*                     Case number *(if known)*  **18-04012-5**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | *RAR2 - Shops Around Lenox, QRS, LLC v. Telescope Management Group, LLC*<br>*15EV004441* | *Civil* | *State Court of Fulton County,State of GA* | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | *See attached sheets* | | | *$0.00* |
| | Recipients relationship to debtor | | | |

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | *Janvier Law Firm, PLLC*<br>*311 East Edenton Street*<br>*Raleigh, NC 27601* | | *8/7/18,*<br>*8/9/18* | *$20,000.00* |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | *8628 Barefoot Industrial Rd*<br>*Raleigh, NC 27617* | *7/1/2010-10/1/2017* |

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor    *Telescope Management Group, LLC*    Case number *(if known)*   *18-04012-5*

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| *Bevello Retirement Plan* | EIN:   *33-1198884* |

    Has the plan been terminated?

    ■ No

    ☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Debtor | *Telescope Management Group, LLC* | Case number *(if known)* | *18-04012-5* |

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

　■ No.
　□ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

　■ No.
　□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

　■ No.
　□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
　List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
　Include this information even if already listed in the Schedules.

　■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
　26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
　　□ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.　*Wesley Keener* | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

　□ None

Debtor   *Telescope Management Group, LLC*                          Case number *(if known)*   *18-04012-5*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Wesley Keener** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **David Ingram**<br>**Steward Ingram & Cooper PLLC**<br>**PO Box 41168**<br>**Raleigh, NC 27629** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Telescope Management Group LLC** | |

| | |
|---|---|
| 26c.2.   **Steward Ingram & Cooper PLLC**<br>**PO Box 41168**<br>**Raleigh, NC 27629** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **CIT** |
| 26d.2.   **BBVA Compass Bank**<br>**Attn: Managing Agent**<br>**15 20th Street South**<br>**Birmingham, AL 35233** |
| 26d.3.   **American Express**<br>**Attn: Managing Agent**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** |
| 26d.4.   **Rapid Advance**<br>**Attn: Managing Agent**<br>**4500 East West Hwy, 6th Fl**<br>**Bethesda, MD 20814** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No

■  Yes. Give the details about the two most recent inventories.

Debtor    *Telescope Management Group, LLC*                          Case number *(if known)*  *18-04012-5*

| 27.1 | **Name of the person who supervised the taking of the inventory** | | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|---|
| | | | *February 2018* | |
| | **Name and address of the person who has possession of inventory records** | | | |
| | *Debtor* | | | |

---

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Chan Namgong* | *5113 Bella Ridge Drive Raleigh, NC 27615* | *Member/Manager* | *100* |

---

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| *Dave Herman* | | *COO* | *Terminated 2/3/18* |

---

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | *Chan Namgong 5113 Bella Ridge Drive Raleigh, NC 27615* | *$100,909.51* | *8/2017-8/2018* | *Member's draw* |
| | **Relationship to debtor** *Member/Manager* | | | |
| 30.2 | *Inja Namgong* | *$2,884.62* | *2/9/18* | *Employee pay* |
| | **Relationship to debtor** *Mother of Chan Namgong* | | | |

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

---

Debtor    *Telescope Management Group, LLC*                    Case number *(if known)*   *18-04012-5*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *August 23, 2018*

/s/ Chan Namgong                         *Chan Namgong*
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    *CEO*

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Telescope Management Group, LLC** _____   Case No.   __**18-04012-5**__

Debtor(s)   Chapter   __**11**__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **20,000.00** |
   | Prior to the filing of this statement I have received | $ | **20,000.00** |
   | Balance Due | $ | **0.00** |

2. $__**0.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      *Filing motions to avoid npm security interest in HHG or tools of the trade; filing motions to avoid judical liens; assisting the debtor in negotiating reaffirmation agreements; filing motions to continue (for which a flat fee of $50.00 shall be paid); and amending schedules as needed.*

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   *Representation of the debtor(s) in any dischargeability actions, including student loan discharge issues, and other adversary proceedings: representation of the debtor in contested judicial or npm lien avoidance matters; only contested proceedings  concerning the right of the IRS to continue to garnish or offset social security benefits; section 707(b) motions to dismiss, representation of the debtor in contested motions for relief from stay; representation of the debtor in objections to exemptions, filing motions to redeem collateral ($200.00 to $600.00 depending on level of opposition to motion); If the debtor(s) chooses to employ the attorney in any of these matters, the debtor shall compensate the attorney at the hourly rate of $250.00 per hour, unless specifically provided for otherwise herein.*

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 23, 2018** _____
Date

/s/ Samantha Y. Moore
**Samantha Y. Moore 40202**
*Signature of Attorney*
**Janvier Law Firm, PLLC**
**311 East Edenton Street**
**Raleigh, NC 27601**
**919-582-2323   Fax: 866-809-2379**
*Name of law firm*

---

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Telescope Management Group, LLC** _____   Case No.   **18-04012-5**
                                    Debtor(s)              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chan Namgong**<br>**5113 Bella Ridge Drive**<br>**Raleigh, NC 27615** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 23, 2018** _____          Signature   **/s/ Chan Namgong** _____
                                                    **Chan Namgong**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of North Carolina

In re   __Telescope Management Group, LLC__ _____   Case No.   __18-04012-5__

_____ Debtor(s)   Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __August 23, 2018__   __/s/ Chan Namgong__

__Chan Namgong__/__CEO__
Signer/Title

123 North Main Group, LLC
Attn: Managing Agent
505 Pettigru St
Greenville, SC 29601

23rd Group Facility Services
Attn: Managing Agent
4944 Parkway Plaza, Suite 400
Charlotte, NC 28217

284 Meeting Street Associates
Attn: Managing Agent
284 Meeting Street
Charleston, SC 29401

285 King Street Company LLC
Attn: Managing Agent
PO Box 310
Charleston, SC 29402

285 King Street Company LLC
Attn: Managing Agent/c/o CBRE Inc.
PO Box 310
Charleston, SC 29402

8 Oak Lane LLC (Rosenthal)
Attn: Managing Agent
PO Box 88926
Chicago, IL 60695-1926

89 Paint
Attn: Managing Agent
13509 E Boundary, Suite F
Midlothian, VA 23112

Acadia Chicago LLC
c/o Acadia Realty Trust/Legal Dept.
1311 Mamaroneck Ave, Ste 260
White Plains, NY 10605

ADT Security Services, Inc.
Attn: Managing Agent
PO Box 371878
Pittsburgh, PA 15250-7878

Affiinity Bag
Attn: Managing Agent
5507-10 Nesconset Hwy. #247
Mount Sinai, NY 11766

Alabama Dept. of Revenue
Attn: Managing Agent
50 North Ripley Street
Montgomery, AL 36104

American Express
Attn: Managing Agent
PO Box 981535
El Paso, TX 79998-1535

American Express Bank, FSB
Attn: Managing Agent
4315 South 2700 West
Salt Lake City, UT 84184

American Express Bank, FSB
c/o Datamark Inc,Attn: Merch Financ
43 Butterfield Circle
El Paso, TX 79906

Astr (Hilldun)
Attn: Managing Agent
225 West 35th Street
New York, NY 10001

Baublebar
Attn: Managing Agent
1115 Broadway, 5th Floor
New York, NY 10010

Bayer Retail Company IV, L.L.C.
Attn: Managing Agent/Gen. Counsel
2222 Arlington Avenue
Birmingham, AL 35205

BB Dakota (House)
Attn: Managing Agent
275-B McCormick Ave
Costa Mesa, CA 92626

BB Dakota (WF Denver)
Attn: Managing Agent
PO Box 912150
Denver, CO 80291-2150

BBVA Compass
Attn: Officer/Managing Agent
15 20th Street South
Birmingham, AL 35233

Bestseller Wholesale US
Attn: Managing Agent
225-A Rue De Liege, QuestMontrea
QCH2P1H4, Canada

Bishop + Young
Attn: Managing Agent
1214 W. Jon St.
Torrance, CA 90502

Blakeney Retail LLC
Attn: Managing Agent
201 South College St, Ste 1300
Charlotte, NC 28244

Blakeney Retail LLC
c/oCNLCroslandCommericalRealEsta
201 South College St, Ste 1300
Charlotte, NC 28244

Bristols Six
Attn: Managing Agent
2320 Abbot Kinney Blvd, Ste B
Venice, CA 90291

Brunette the Label
Attn: Managing Agent
270-1355 Parker St
Vancouver BC V5L2J9

Caleres, Inc
Attn: Managing Agent
8300 Maryland Ave
Saint Louis, MO 63105

Cameron Village
Attn: Managing Agent
One Independent Dr, Ste 114
Jacksonville, FL 32202-5019

Cameron Village
c/o Regency Center Corp
One Independent Dr, Ste 114
Jacksonville, FL 32202-5019

Capital One
Attn: Managing Agent
PO Box 30285
Salt Lake City, UT 84130-0285

Carlyle-Cypress Tuscaloosa I, LLC
Attn: General Counsel
8343 Douglas Ave, Ste 300
Dallas, TX 75225

CBL & Associates Managemet, Inc.
Attn: Managing Agent
2030 Hamilton Place Blvd., Ste 500
Chattanooga, TN 37421

CBL - Shops at Friendly, LLC
c/o CBL&Assoc. Mgmt. Inc. - CBL Ctr
2030 Hamilton Place Blvd, Ste 500
Chattanooga, TN 37421

CBL-Shops at Friendly, LLC
Attn: Managing Agent
2030 Hamilton Place Blvd, CBL #500
Chattanooga, TN 37421

CBRE
Attn: Managing Agent
200 Meeting Street, Suite 202
Charleston, SC 29401

Chan Namgong
5113 Bella Ridge Drive
Raleigh, NC 27615

Chaser
Attn: Managing Agent
217 East 157th Street
Gardena, CA 90248

Cintas Fire 636525
Attn: Managing Agent
P.O. Box 636525
Cincinnati, OH 45263-6525

City of Charlottesville
Attn: Managing Agent
PO Box 591
Charlottesville, VA 22902-0591

City of Charlottesville,    Treasurer
Attn: Managing Agent
PO Box 2854
Charlottesville, VA 22902-2854

City of Chattanooga - Waste
Attn: Managing Agent
PO Box 59
Chattanooga, TN 37401-0591

City of Raleigh
Attn: Managing Agent
PO Box 71081
Charlotte, NC 28272

City of University Park
Attn: Managing Agent
PO Box 650823
Dallas, TX 75265-0823

City of Virginia Beach
Attn: Managing Agent
2401 Courthouse Dr, City Hall Bldg1
Virginia Beach, VA 23456

CJUF III McCaffery Roosevelt Retail
c/o Canyon-Johnson Urban Fund III
2000 Avenue of the Stars, 11th Fl.
Los Angeles, CA 90067

CLS Facility Services
Attn: Managing Agent
8061 Tyler Blvd.
Mentor, OH 44060

Collective Concepts
Attn: Managing Agent
1200 S. San Pedro St. S.109
Los Angeles, CA 90015

Columbia Cameron Village, LLC
c/o Regency Center Corporation
One Independent Dr, Ste 114
Jacksonville, FL 32202

Columbus Tower, L.L.C.
Attn: Managing Agent
222 Central Park Avenue
Virginia Beach, VA 23462

Compass Bank
Attn: Managing Agent
132 Austin Ave
Weatherford, TX 76086

Compass Bank
Attn: Managing Agent
701 South 32nd Street
Birmingham, AL 35233

Compass Bank MasterCard
Attn: Officer/Managing Agent
PO Box 830139
Birmingham, AL 35283

Corporation Service Company, as re
Attn: Managing Agent
PO Box 2576
Springfield, IL 62708

Countwise, LLC
Attn: Managing Agent
1149 Sawgrass Corporate Parkway
Sunrise, FL 33323

County of Fairfax
Attn: Managing Agent
PO Box 10203
Fairfax, VA 22035-0203

CVM Holdings, LLC
Attn: Managing Agent
PO Box 63340
Charlotte, NC 28263-3340

DesirePath Missippi, LLC
Attn: Managing Agent
P.O. Box 6445
Carol Stream, IL 60197-6445

County of Henrico, Virginia
Attn: Managing Agent
PO Box 3369
Henrico, VA 23228

CVM Holdings, LLC
Attn: Managing Agent
4325 Glenwood Ave
Raleigh, NC 27612

Divaris Property Managment Group
Attn: Managing Agent
One Columbus Center, Ste 700
Virginia Beach, VA 23462

CPT Peachtree Forum I, LLC
c/o Core Property Capital, LLC
5185 Peachtree Parkway, Ste 340
Norcross, GA 30092

D. Marsh Prause
Allman Spry Davis Leggett & Crumple
PO Drawer 5129
Winston Salem, NC 27113

Divaris PropertyMgmt -Columbus T
Attn: Managing Agent
4525 Main Street, Suite 900
Viriginia Beach, VA 23462

CPT Peachtree Forum I, LLC
c/o Core Property Management, LLC
3340 Peachtree Rd, Ste 1660
Atlanta, GA 30326

David Y. Faggert, Esq.
Faggert & Frieden, PC
222 Central Park Ave, Ste 1300
Virginia Beach, VA 23462

DL & COMPANY
Attn: Managing Agent
P.O. Box 51228
Los Angeles, CA 90051-5528

CPT Peachtree Forum I, LLC
c/o Core Property Management LLC
800 Vanderbilt Beach Rd
Naples, FL 34108

DDR Deer Park Town Center LLC
Attn: Managing Agent
PO Box 92361
Cleveland, OH 44193

DL1961 Premium Denim Inc (CIT)
Attn: Managing Agent
PO Box 1036
Charlotte, NC 28201

Criteo Corp
Attn: Managing Agent
PO Box 392422
Pittsburgh, PA 15251-9422

DDR Deer Park Town Center LLC
Attn: Managing Agent/ExecVP leasing
3300 Enterprise Parkway
Beachwood, OH 44122

DO+BE COLLECTION
Attn: Managing Agent
1016 S. Towne Ave, #101
Los Angeles, CA 90021

Cross Creek Mall SPE, LP
Attn: Managing Agent/ CBL Center
2030 Hamilton Place Blvd., Ste 500
Chattanooga, TN 37421

DDRTC Birkdale Village LLC
Attn: Managing Agent
PO Box 932738
Cleveland, OH 44193

East Richland County PSD
Attn: Managing Agent
PO BOX 63051
Charlotte, NC 28263

CT Corporation System
Attn: Managing Agent/Short PumpTown
4701 Cox Rd, Ste 301
Glen Allen, VA 23060

DDRTC Birkdale Village LLC
Attn: Managing Agent/ExecVP leasing
3300 Enterprise Parkway
Beachwood, OH 44122

Edens
Attn: Legal Dept.
1100 Abernathy Road NE, Ste 875
Atlanta, GA 30328

Cupcakes and Cashmere(WF)
Attn: Managing Agent
PO Box 912150
Denver, CO 80291-2150

Dennis K. Holland, Law Dept.
Retail Properties of America, Inc.
2901 Butterfield Road
Oak Brook, IL 60523

Edens
Attn: Legal Dept.
3050 Peachtree Road, NW, Ste 58
Atlanta, GA 30305

Edens - 2356
Attn: Managing Dir. of Leasing
7200 Wisconsin Ave, Ste 400
Bethesda, MD 20814

Erik J. Ives
Fox Swibel
200 W Madison St, Ste 3000
Chicago, IL 60606

Eskridge (E&A), LLC
Attn: Legal Dept./Edens LP
1221 Main Street, Ste 1000
Columbia, SC 29201

Eskridge (E&A), LLC
c/o Edens - 2356
7200 Wisconsin Ave, Ste 400
Bethesda, MD 20814

Ever Ellis
Attn: Managing Agent
1050 Aviator Drive
Vacaville, CA 95688

Everly
Attn: Managing Agent
1100 S San Pedro Street #0-14
Los Angeles, CA 90015

Fayette Mall SPE, LLC
Attn: Managing Agent
2030 Hamilton Place Blvd., Ste 500
Chattanooga, TN 37421

Fayette Mall SPE, LLC
Attn: Managing Agent/CBL Center
2030 Hamilton Place Blvd., Ste 500
Chattanooga, TN 37421

Federal Realty Investment Trust
Attn: Managing Agent/Legal Dept.
1626 East Jefferson St
Rockville, MD 20852

FedEx
Attn: Managing Agent
PO Box 371461
Pittsburgh, PA 15251

FedEx Freight
Attn: Managing Agent
P O Box 223125
Pittsburgh, PA 15251-2125

Forsyth County Tax Collector
Attn: Managing Agent
PO Box 82
Winston Salem, NC 27102

Free People
Attn: Managing Agent
5000 South Broad Street, Bldg. 25
Philadelphia, PA 19112-1495

Freeborn & Peters LLP
Attn: Dov Pinchot, Esq
311 South Wacker Drive, St 3000
Chicago, IL 60606

French Connection Womens
Attn: Managing Agent
184-10 Jamaica Avenue
Hollis, NY 11423

GBG - BCBG LLC
Attn: Managing Agent/CIT Group
PO Box 37998
Charlotte, NC 28237

Gentle Fawn
Attn: Managing Agent
8721 Santa Monica Blvd, #322
Los Angeles, CA 90069-4507

Georgia Department of Revenue
Attn: Compliance Division
1800 Century Blvd NE,Ste 9100
Atlanta, GA 30345-3202

Gorjana
Attn: Managing Agent
3275 Laguna Canyon Rd, R-1
Laguna Beach, CA 92651

Grace & Glory Goods, LLC
Attn: Managing Agent
402 Elk Park Drive
Asheville, NC 28804

Greylin
Attn: Managing Agent
235 W Giaconda Way, Suite 217
Tucson, AZ 85704

Guilford County Tax Department
Attn: Managing Agent
PO Box 71072
Charlotte, NC 28272-1072

Hachette Book Group
Attn: Managing Agent
P.O. Box 8828
Boston, MA 02114-8828

Hallmark Marketing Co LLC
Attn: Managing Agent
PO Box 73642
Chicago, IL 60673

Hamilton Corner CMBS GP
CBL&Assoc. Mgmt, Inc./CBL Ctr
2030 Hamilton Place Blvd, Ste 500
Chattanooga, TN 37421

HamiltonCornerCMBSGeneralPartne
Attn: Managing Agent
PO Box 5557
Carol Stream, IL 60197-5557

HBL (Zhangjiagang) Trade Co
Attn: Managing Agent
770 N Water St
Milwaukee, WI 53202

Ho  Namgong
107 East Ruby Avenue, Unit# A
Palisades Park, NJ 07650

Hocker Oxmoor LLC
c/o Oxmoor Center Attn: Law/Lease
110 N. Wacker Dr.
Chicago, IL 60606

House of Quirky
Attn: Managing Agent
860 S Los Angeles St, Ste 706
Los Angeles, CA 90014

Hudson  (House)
Attn: Managing Agent
1231 S Gerhart St
Commerce, CA 90022

Illinois Dept of Revenue
Attn:BankruptcyUnit/ManagingAgent
PO BOX 19035
Springfield, IL 62794-9035

Illume
Attn: Managing Agent
PO Box 74008742
Chicago, IL 60674-8742

Internal Revenue Service
Attn:  Managing Agent
PO Box 7346
Philadelphia, PA 19101-7346

Jainsons  International  Inc
Attn: Managing Agent
7526 Tyrone Ave
Van Nuys, CA 91405

JD  Fine  &  Company
Attn: Managing Agent
PO BOX 8421
Pasadena, CA 91109

Joe's  (CIT)
Attn: Managing Agent
PO Box 37998
Charlotte, NC 28237-7998

John W. Woodard, Jr.
Wyatt, Tarrant & Combs, LLP
500 W Jefferson St, Ste 2800
Louisville, KY 40202

Katie Loxton Inc
Attn: Managing Agent
130 Oak Park Drive
Mooresville, NC 28115

Kendra Scott Design
Attn: Managing Agent
1950 N Stemmons Freeway, Ste 5010
Dallas, TX 75207

Kennedy Office Supply
Attn: Managing Agent
4211-A  Atlantic Ave
Raleigh, NC 27604

Kentucky American Water
Attn: Managing Agent
PO Box 790247
St Louis, MO 63179-0247

Kentucky  Department  of  Revenue
Attn: Managing Agent
501 High Street
Frankfort, KY 40601

Kerala Capital Partners
Attn: Managing Agent
507 N Lindsay Street
High Point, NC 27262

Kerala Capital Partners, LLC
Attn: Managing Agent
507 N. Lindsay Street
High Point, NC 27262

La Cantera Retail Limited Partners
Attn: Managing Agent
PO Box 86
Minneapolis, MN 55486-2532

Laser Image Printing Marketing
Attn: Managing Agent
4018 Patriot Drive, Suite 200
Durham, NC 27703

Lexington-Fayette Urban County G
Attn: Managing Agent
P.O. Box 34090
Lexington, KY 40588-4090

Lexus Financial Services
Attn: Managing Agent
6565 Headquarters Drive
Plano, TX 75024

LFP Holdings, LLC
Attn: BBM Incorporated
PO Box 554
Naperville, IL 60566

Liberty Mutual Insurance
Attn: Managing Agent
PO Box 2051
Keene, NH 03431-7051

Love's Affect Jewelry
Attn: Managing Agent
105 Stony Pointe Way
Strasburg, VA 22657

Luxottica USA LLC
Attn: Managing Agent
12 Harbor Park Drive
Port Washington, NY 11050

Madison Snider I
Attn: Managing Agent
6116 N Central Expressway, Ste 51
Dallas, TX 75206

Madison Snider I Cotenancy
Attn: Managing Agent
6116 N. Central Expressway, Ste 510
Dallas, TX 75206

Marc Fisher
Attn: Managing Agent
PO Box 1036
Charlotte, NC 28201

Mayfaire Retail, LLC
Attn: Managing Agent
PO Box 12830
Wilmington, NC 28405

Mayfaire Town Center, LP
Attn: Managing Agent
6835 Conservation Way
Wilmington, NC 28405

Mayfaire Town Center, LP
CBL&Associates Managment Inc.
2030 Hamilton Place Blvd., Ste 500
Chattanooga, TN 37421

Mecklenburg County Tax Collector
Attn: Managing Agent
PO Box 71063
Charlotte, NC 28272-1063

Midway CC Venture I, LP
Attn: Managing Agent
800 Town & Country Blvd.
Houston, TX 77024

Milberg Factors of California, Inc
Attn: Managing Agent
99 Park Avenue
New York, NY 10016

Mona B LLC
Attn: Managing Agent
25701 Richmond Road
Bedford Heights, OH 44146

Moon River
Attn: Managing Agent
1801 E 50th Street
Los Angeles, CA 90058

Mustard Seed
Attn: Managing Agent
800 Red Brook Boulevard, Suite 400C
Owings Mills, MD 21117

MVP Plan Administrators Inc
Attn: Managing Agent
15300 Weston Parkway, Suite 106
Cary, NC 27513

Nakamol Chicago
Attn: Managing Agent
336 N Michigan Ave.
Chicago, IL 60601

Narron, O'Hale and Whittington, PA
Attn: Managing Agent
102 South Third Street
Smithfield, NC 27577

NC Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

New Friends Colony
Attn: Managing Agent
7526 Tyrone AVe
Van Nuys, CA 91405

Nikibiki
Attn: Managing Agent
2139 E 52nd St
Vernon, CA 90058

Northwest Georgia Humane Society
Attn: Managing Agent
Northwest, GA

NW Blakeney Retail LLC
Attn: Managing Agent/Northwood In
575 Fifth Ave, 23rd Floor
New York, NY 10017

Orange County Tax Collector
Attn: Managing Agent
PO Box 580235
Charlotte, NC 28258

Oxmoor Center
Attn: General Manager
7900 Shelbyville Road
Louisville, KY 40222

Packed Party, Inc
Attn: Managing Agent
2305 Donley Dr, Ste 100
Austin, TX 78758

Pamela NY Inc.
Attn: Managing Agent
29 West 30th Street, 4th Fl.
New York, NY 10001

Pannee Group Inc
Attn: Managing Agent
2230 Valdina Street
Dallas, TX 75207

Peter Mclean, K&L Gates LLP
Hearts Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202

Phillips Place Partners, LLC
Attn: William A. MacNeil
4725 Piedmont Row Drive, Ste 800
Charlotte, NC 28209

Pia Rossini Inc
Attn: Managing Agent
119-A Ruthar Drive
Newark, DE 19711

Pitt County Tax Collector
Attn: Managing Agent
PO Box 875
Greenville, NC 27835-0875

Plaza Associates, Inc.
Attn: Legal Dept
2840 Plaza Place, Ste 100
Raleigh, NC 27612

Porsche Financial Services
Attn: Managing Agent
One Porsche Drive
Atlanta, GA 30354

Premium Denim LLC
Attn: Managing Agent
800 Red Brook Blvd, Ste 400C
Owings Mills, MD 21117

PRSC Holdings (Edens) LLC
Attn: Managing Agent
PO Box 536856
Atlanta, GA 30353-6856

R & B University Village, Ltd
Attn: Managing Agent
1800 St James Place, Suite 300
Houston, TX 77056

Rakuten Card Linked Offer Network Inc
Attn: Managing Agent
999 Plaza Drive, Suite 310
Schaumburg, IL 60173

Rapid Advance
Attn: Managing Agent
4500 East West Hwy, 6th Fl
Bethesda, MD 20814

RAR2-Shops Around Lenox QRS, LLC
c/o Wiles and Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, GA 30060-7946

Regency Office Products LLC
Attn: Managing Agent
8024 Glenwood Ave, Suite 200
Raleigh, NC 27612

Royal Fashion Group (CIT)
Attn: Managing Agent
PO Box 1036
Charlotte, NC 28201

RPAI Naperville Main LLC
Attn: Managing Agent
13068 Collection Center Drive
Chicago, IL 60693-0130

RPAI Southwest Management LLC
Attn: Managing Agent
15105 Collection Center Drive
Chicago, IL 60693-5105

Samuel J. Tamkin
361 Park Ave, Ste 200
Glencoe, IL 60022

San Diego Hat Company
Attn: Managing Agent
PO Box 131390
Carlsbad, CA 92013

Sanctuary Clothing LLC (CIT)
Attn: Managing Agent
PO Box 1036
Charlotte, NC 28201-1036

Sarah Banks
Attn: Managing Agent
8524 New Oak Lane
Huntersville, NC 28078

Saul Subsidiary I LP
Attn: Managing Agent/Legal Dept
7501 Wisconsin Ave, Suite 1500
Bethesda, MD 20814

SC Department of Revenue
Attn: Managing Agent
300A Outlet Pointe Blvd
Columbia, SC 29210

SCE&G
Attn: Managing Agent
PO Box 100255
Columbia, SC 29202-3255

Shiraleah
Attn: Managing Agent
4258 North Knox Avenue
Chicago, IL 60641

Shops Around Lenox, LLC
c/o Alex Brown Realty, Inc.
300 East Lombard St, Suite 1200
Baltimore, MD 21202

Shops at Friendly LLC
Attn: Managing Agent
2030 Hamilton Place Blvd.
Chattanooga, TN 37421

Shops at Friendly LLC
c/o CBL Properties
2030 Hamilton Place Blvd.
Chattanooga, TN 37421

Short Pump Town Center, LLC
Attn: Managing Agent
50 Public Square, Ste 1360
Cleveland, OH 44113

Show Me Your Mumu (LA)
Attn: Managing Agent
2420 E 8th Street
Los Angeles, CA 90021

State Comptroller
Attn: Managing Agent
PO Box 12020
Austin, TX 78711

STEVE MADDEN (Rosenthal)
Attn: Managing Agent
PO Box 88926
Chicago, IL 60695-1926

The Shops at Legacy (RPAI) L.P.
Attn: Managing Agent
2021 Spring Rd, Ste 200
Oak Brook, IL 60523

Two's Company Inc.
Attn: Managing Agent
500 Saw Mill River Rd.,
Elmsford, NY 10523

Steward Ingram & Cooper PLLC
Attn: Managing Agent
PO Box 41168
Raleigh, NC 27629

The Shops at Legacy, RPAI SW Mgmt
Attn: VP Property Management
5741 Legacy Drive, Ste 315
Plano, TX 75024

Uline
Attn: Managing Agent
PO Box 88741
Chicago, IL 60680-1741

Subaru Motors Finance/Chase
Attn: Managing Agent
PO Box 182055
Columbus, OH 43218-2055

Thruway Shopping Center LLC
Attn: Legal Dept./Windham Mgmt Co
7501 Wisconsin Ave, Suite 1500 E
Bethesda, MD 20814

University of NC Chapel Hill
Attn: Managing Agent
400 Roberson Street, CB# 1910
Carrboro, NC 27510

Sugarfina, Inc
Attn: Managing Agent
PO Box 101865
Pasadena, CA 91189-1865

Thruway Shopping Center, LLC
Attn: Managing Agent
PO Box 38042
Baltimore, MD 21297-8042

University of NC Chapel Hill
Attn: Linda Oakley-Leasing Manage
103 Airport Dr, Ste 128, Box 1060
Chapel Hill, NC 27599

Tennessee Department of Revenue
Attn: Managing Agent
500 Deaderick St
Nashville, TN 37242

Tim McCarthy
Attn: Managing Agent
1205 Trafalgar Dr
Winterville, NC 28590

Uptown Biz Plaza, LLC
Attn: Managing Agent
1829-125 Capital Blvd
Raleigh, NC 27604

Texas Comptroller
Attn: Managing Agent
PO Box 13528, Capitol Station
Austin, TX 78711-3528

Timothy and Natalie McCarthy
1205 Trafalgar Dr.
Winterville, NC 28590

Urban Expressions
Attn: Managing Agent
5500 Union Pacific Ave
Commerce, CA 90022

The CIT Group
Attn: Managing Agent
One CIT Drive
Livingston, NJ 07039

Town Center Block 10 Apartments, LP
Attn: Managing Agent/Louis Haddad
222 Central Park Ave, Ste 2100
Virginia Beach, VA 23462

US REIF Artessa SanAntonioTexas
Attn: Managing Agent
1100 NE Loop 410, Ste 400
San Antonio, TX 78209

The CIT Group
Attn: Managing Agent
11 West 42nd Street
New York, NY 10036

Town of Cary
Attn: Managing Agent
PO Box 71090
Charlotte, NC 28272-1090

USAble Life
Attn: Managing Agent
P.O. Box 204678
Dallas, TX 75320

The Domain Mall, LLC
Attn: Managing Agent
PO Box 406597
Atlanta, GA 30384-6597

Trenholm Plaza (E&A), LLC
Attn: Managing Agent/Legal Dept.
1221 Main Street, Ste 1000
Columbia, SC 29201

Virginia Department of Taxation
Attn:  Managing Agent
P.O. Box 1115
Richmond, VA 23218-1115

Virginia Dept of Taxation
Attn: Bankruptcy Unit
PO Box 2156
Richmond, VA 23218-2156

Zad
Attn: Managing Agent
30 S La Paterna Ln #9
Goleta, CA 93117-3124

Wake County Revenue Department
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602

Weingarten Realty Investors
Attn: Managing Agent
2600 Citadel Plaza Drive, Suite 125
Houston, TX 77008

Window Ninjas
Attn: Managing Agent
5401 Wrightsville Ave
Wilmington, NC 28403

Windstream
Attn: Managing Agent
PO Box 9001908
Louisville, KY 40290-1908

YES Energy Management (Hicksville)
Attn: Managing Agent
PO BOX 6255
Hicksville, NY 11802-6255

York Properties
Att: Managing Agent
1900 Cameron Street
Raleigh, NC 27605

York Properties Inc
Attn: Managing Agent
1900 Cameron St
Raleigh, NC 27605

Z Supply (House)
Attn: Managing Agent
18001 Cowan, Suite A
Irvine, CA 92614

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Telescope Management Group, LLC** _____

                                  Debtor(s)

Case No.  **18-04012-5**
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Telescope Management Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 23, 2018** _____
Date

/s/ Samantha Y. Moore
**Samantha Y. Moore 40202**
Signature of Attorney or Litigant
Counsel for   **Telescope Management Group, LLC**
**Janvier Law Firm, PLLC**
**311 East Edenton Street**
**Raleigh, NC 27601**
**919-582-2323 Fax:866-809-2379**